IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENEFIT COSMETICS LLC,<br><br>      Plaintiff,<br><br> v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>      Defendants. | Case No. 19-cv-02179 |

**Schedule A – Sealed Document Pursuant to LR26.2**

  This document is being filed under seal with a Motion for Leave to File Documents under Seal. A full version of Schedule A will be delivered to the Court in a sealed envelope and will remain under seal until further order of this Court.

Dated this 29th day of March 2019.  Respectfully submitted,

                /s/ Justin R. Gaudio
                Amy C. Ziegler
                Justin R. Gaudio
                RiKaleigh C. Johnson
                Greer, Burns & Crain, Ltd.
                300 South Wacker Drive, Suite 2500
                Chicago, Illinois 60606
                312.360.0080
                312.360.9315 (facsimile)
                aziegler@gbc.law
                jgaudio@gbc.law
                rjohnson@gbc.law

                *Counsel for Plaintiff Benefit Cosmetics LLC*